IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| DANIEL FRANCIS PITCAIRN HENDRIE | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| BARRACK OBAMA | : | NO. 14-5273 |

FILED SEP 1 7 2014

## ORDER

AND NOW, this 16th day of September, 2014, upon consideration of plaintiff's motion to proceed *in forma pauperis* and his *pro se* complaint, it is ORDERED that:

1. Leave to proceed *in forma pauperis* is GRANTED.

2. The complaint is DISMISSED in accordance with the Court's memorandum.

3. The Clerk of Court shall CLOSE this case.

BY THE COURT:

/s/ **Legrome D. Davis**

**LEGROME D. DAVIS, J.**